IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO:24-31973-H1-13 |
| Jake Bradley Carter | § § | CHAPTER 13 |
| DEBTOR(S) | § § § | |

## NOTICE OF RESET OF MEETING OF CREDITORS

PLEASE TAKE NOTICE that the reset of meeting of creditors will be held on Friday, July 12, 2024, at 12:00 pm, via Zoom. Any party in interest wishing to participate may go to Zoom.us/join, Enter Meeting ID 457 810 6355, and Passcode 4299130578, OR call 1 346 489 7182.

Dated: June 27, 2024

/s/ David G. Peake
David G. Peake
Chapter 13 Standing Trustee
Admission I.D No. 15679500
9660 Hillcroft, Suite 430
Houston, Texas 77096
(713) 283-5400 Telephone
(713) 852- 9084 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true copy and correct copy of the notice of Reset of Meeting of Creditors was transmitted electronically on June 27, 2024, to all parties in interest, or sent by regular mail.

Dated: June 27, 2024

/s/ David G. Peake
David G. Peake
Chapter 13 Standing Trustee

Jake Bradley Carter
21115 Brushy Canyon Dr
Houston, TX 77073-2948

ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

Wells Fargo Bank, N.A., as Trustee for Merri
c/o Codilis & Moody, P.C.
20405 State Highway 249
Suite 170
Houston, TX 77070-2620

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
650 California St , Fl 12
San Francisco, CA 94108-2716

An/SSB Management
Po Box 1831
Eagle, ID 83616-9107

Comenity Capital/Acadmy
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Conn's HomePlus
2445 Technology Forest Boulevard Buildin
The Woodlands, TX 77381-5263

Conn's HomePlus
Bldg 4, Ste 800
2445 Technology Forest Blvd
The Woodlands, TX 77381-5258

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076-4401

INTERNAL REVENUE SERVICE
P O Box 7346
Philadelphia PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Newrez
c/o PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416-4738

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Attn: Bankruptcy
1661 Worthington Rd , Ste 100
West Palm Beach, FL 33409-6493

PrimeWay Federal Credit Union
PO Box 53088
Houston, TX 77052-3088

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788

Resolve Law Group
801 Travis Street Suite 2101
Houston, TX 77002-5730

Service Finance Company
Attn: Bankruptcy
PO Box 2935
Gainesville, GA 30503-2935

Social Security Administration
Attn: Bankruptcy Coordinator
Office of the General Counsel, Region VI
1301 Young St Ste A702
Dallas, TX 75202-4813

Synchrony Bank/HHGregg
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Texas Attorney General
Bankruptcy & Collections Division
Office of the Texas Attorney General
Po Box 12448
Austin, TX 78711

Texas Attorney General
Office of the Attorney General
Child Support Division
Po Box 12017
Austin, TX 78711-2017

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
Bankruptcy Unit, Rm 556
101 E 15th St
Austin, TX 78778-1442

U.S. Attorney General
950 Pennsylvania Avenue, N.W., Rm 5137
U.S. Dept. of Justice
Washington, DC 20530-0009

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

US Trustee
Office of the US Trustee
515 Rusk St Ste 3516
Houston, TX 77002-2604

United States District Court for the Souther
515 Rusk Street
Houston, TX 77002-2623

Wells Fargo Bank, N.A.
c/o Mackie Wolf Zientz & Mann, P.C.
14160 North Dallas Pkwy Suite 900
Dallas, TX 75254-4314

Amy Bates Ames
Resolve Law Group
801 Travis St., Ste. 2101
Houston, TX 77002-5730

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Internal Revenue Service
Special Procedures Branch
STOP 5022 HOU
1919 Smith St
Houston, TX 77002

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
Po Box 13528
Austin, TX 78711-3528

Wells Fargo Bank, N.A., as Trustee for Mer